PER CURIAM.

(No. 73-CC-201)

LITTLE COMPANY OF MARY HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 7, 1973.*

LITTLE COMPANY OF MARY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.